## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

BURTTINA HENSON,

    Plaintiff,

    v.

CHEDDAR'S CASUAL CAFE,

    Defendant.

Case No. 14-cv-01249-JPG-PMF

## JUDGMENT

The issues having been heard and the jury having rendered a verdict, IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant, Cheddar's Casual Café, and against plaintiff, Burttina Henson, on her claim for negligence, and this case is dismissed with prejudice.

**DATED:** 6/23/2016

**JUSTINE FLANAGAN,**
**Acting Clerk of Court**

s/ *Tina Gray*
    **Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**